

XPAN Law Partners LLC
4 N. Maple Avenue
Marlton, New Jersey 08053

Rebecca L. Rakoski, Esquire
Managing Partner
rrakoski@xpanlawpartners.com
(215) 239-3048

September 2, 2025

**VIA PACER**
Honorable Denise Cote, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted. The deadline for service is extended to 10/2/25. The IPTC is rescheduled to 10/24/25 at 10:00 am.

*/s/ Denise Cote*
9/2/25

Re:   University of Medicine and Health Sciences LTD v. Citibank, N.A.
       Case No. 25-cv-4694
       Request for Extension of Time to Serve Complaint

Dear Judge Cote:

On behalf of my client, the University of Medicine and Health Science ("UMHS"), I am writing to request additional time to serve the Complaint on Defendant, Citibank, N.A. ("Citibank") in the above-referenced matter. This is Plaintiff's first request for an extension of time to serve the Complaint.

The Complaint was filed on June 4, 2025. Since that time, and as Your Honor is aware, the Plaintiff has been engaged in discussions to resolve this matter, which is currently scheduled for a conference before Your Honor on September 19, 2025 at 10:00AM. [Docket Ref. No. 12]. Under Federal Rule of Civil Procedure 4(m), Plaintiff has been diligent and Counsel for Citibank has agreed to accept service of the Complaint. Plaintiff has prepared and will send the Acknowledgement of Service to Citibank shortly.

**XPAN Law Partners LLC**
**Attorneys at Law**
**New York, New Jersey Pennsylvania**

Therefore, UMHS requests a thirty (30) day extension to serve the Complaint. Should the Court require anything additional, please feel free to contact me directly. A proposed Form of Order has been filed with this letter motion.

          Respectfully submitted,

          */s/ Rebecca L. Rakoski*
          Rebecca L. Rakoski, Esquire
          Managing Partner